# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JOHN W. BENNETT,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 5:20-cv-81-RV-MJF**

**DEPARTMENT OF CHILDREN AND FAMILIES**

**and**

**CHRISTINA DRAKE,**

    **Respondents.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 20, 2020. (Doc. 3). The Petitioner was provided a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I conclude that it should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 3) is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1), is **DISMISSED** for lack of subject matter jurisdiction.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close this case file.

**DONE AND ORDERED** this 21st day of April, 2020.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

*Case No. 5:20cv81-RV-MJF*